USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  18-Cr-683 (SHS)

-against-  :

JOSEPH ROSZAK,  :  ORDER

Defendant.  :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       IT IS HEREBY ORDERED that the defendant is sentenced to time served.

Dated: New York, New York
       February 19, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.